Order issued November 29, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01564-CV

## IN RE MESQUITE INDEPENDENT SCHOOL DISTRICT, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09131**

# ORDER

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

DAVID L. BRIDGES
JUSTICE